UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSIE Y. MORGAN (#356453)                                    CIVIL ACTION

VERSUS

FREDERICK BOUTTE, ET AL.                          NO. 18-00679-BAJ-RLB

## RULING AND ORDER

Before the Court is Petitioner's **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 1)**. The Magistrate Judge has issued a Report and Recommendation (Doc. 10), recommending that Petitioner's application for habeas corpus relief be denied, and, further, that the Court deny Petitioner a certificate of appealability. Petitioner objects to the Magistrate Judge's Report (Doc. 11).

Having carefully considered Petitioner's Petition and related filings—including Petitioner's objections—the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition (Doc. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** because Petitioner has failed to "ma[ke] a substantial showing of the denial of a

constitutional right." 28 U.S.C. § 2253(c)(2).

Judgment will be entered accordingly.

Baton Rouge, Louisiana, this 10th day of December, 2020

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA